UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MATHESON TRI-GAS, INC.** | : | **CIVIL ACTION NO. 2:16-cv-1303** |
| **VERSUS** | : | **UNASSIGNED DUTY JUDGE** |
| **WILLIAMSON GENERAL CONTRACTORS, INC.** | : | **MAGISTRATE JUDGE KAY** |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation [doc. 87] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss for Lack of Jurisdiction [doc. 72] be **GRANTED** and that all claims against Taiyo Nippon Sanso Corporation be **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

**THUS DONE AND SIGNED** in Chambers this 11th day of February, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE