# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**MATHESON TRI-GAS INC**                    **CASE NO. 2:16-CV-01303**

**VERSUS**                                  **UNASSIGNED DISTRICT JUDGE**

**WILLIAMSON GENERAL**                      **MAGISTRATE JUDGE KAY**
**CONTRACTORS, INC.**

## JUDGMENT

For the reasons set forth in the Report and Recommendation [Doc. No. 96] of the Magistrate Judge, and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment [Doc. No. 61] be **GRANTED IN PART** and **DENIED IN PART**, and all of Defendant's counterclaims are **DISMISSED WITH PREJUDICE** with the exception of the following counterclaims: (1) bad faith breach of contract based upon failure to pay amounts owed under the agreements [Doc. No. 24, pp. 3-5, ¶¶ 18-22], and (2) detrimental reliance based on representations regarding completion of the design documents [*Id.* at pp. 7-8, ¶¶ 34-41].


_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**